AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

The following constitutes
the order of the court. Signed October 3, 2017

Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Secured Creditor
FORD MOTOR CREDIT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>RUBEN SOBERANES,<br><br>    Debtor.<br>_____/ | Case No. 15-43393 RLE<br>(Chapter 13 Proceeding)<br><br>R.S. No. APN-3120<br><br>ORDER REGARDING ADEQUATE PROTECTION RE: FORD MOTOR CREDIT COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY RE: RE: 2015 FORD MUSTANG (V.I.N. 1FA6P8TH7F5431734)<br><br>Date: October 4, 2017<br>Time: 1:30 p.m.<br>Judge: Roger L. Efremsky<br>Ctrm: #201,<br>      1300 Clay Street,<br>      Oakland, CA |

    IT IS HEREBY ORDERED that the stipulation entered into between Debtor, RUBEN SOBERANES, and Secured Creditor, FORD MOTOR CREDIT COMPANY filed October 3, 2017 Docket number 46 is hereby approved and entered by the court.

** END OF ORDER **

FBKE.3846

**COURT SERVICE LIST**

Electronically mailed to ECF registered participants